**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| ROCKY BERG, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TOWN OF EAGLE POINT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DEFENDANT TOWN OF EAGLE POINT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446(b)(1), and FED. R. CIV. P. 81, Defendant Town of Eagle Point ("Defendant") hereby gives notice of removal of the action described below from the Circuit Court of the State of Wisconsin, Chippewa County, to this Court. In support of this Notice of Removal, Defendant states as follows:

1.      On March 25, 2026, Plaintiff Rocky Berg ("Plaintiff") filed suit against Defendant in the Circuit Court of the State of Wisconsin, Chippewa County, under Case Number 2026-CV-000096.

2.      Defendant was served with a copy of the Complaint on April 16, 2026.

3.      Plaintiff asserts a claim against Defendant under 42 U.S.C. § 1983 for alleged violations to procedural due process. A true and correct copy of Plaintiff's Complaint is attached to this Notice as **Exhibit A.**

## BASIS FOR FEDERAL JURISDICTION

4.      This Court has original jurisdiction of this action under 28 U.S.C. § 1331 because Plaintiff's action arises under the Constitution and laws of the United States. Specifically, Plaintiff brings his action under 42 U.S.C. § 1983.

5.      Removal to the United States District Court for the Western District of Wisconsin is proper because it is the district embracing the place where the removed action was pending. *See* 28 U.S.C. § 1441(a).

6.      This case has been timely removed pursuant to 28 U.S.C. § 1446(b)(1) because it was filed within 30 days after service of Plaintiff's Complaint on Defendant.

7.      Promptly after filing this Notice of Removal, Defendant will promptly provide written notice of same on Plaintiff and file with the Clerk of the Circuit Court of the State of Wisconsin, Chippewa County, the Notice of Filing of Notice of Removal.

8.      By removing this action from the Circuit Court of the State of Wisconsin, Chippewa County, Defendant does not waive any defenses which may be available to it, including, but not limited to, the absence or impropriety of venue in this Court or in the court from which this action has been removed.

9.      By removing this action from the Circuit Court of the State of Wisconsin, Chippewa County, Defendant does not admit any of the allegations in Plaintiff's Complaint.

**WHEREFORE**, Defendant Town of Eagle Point hereby gives notice of removal of this action now pending against it in the Circuit Court of the State of Wisconsin, Chippewa County.

DATED:  April 30, 2026.                    BOARDMAN & CLARK LLP

*/s/ Austin Doan*_____
Austin Doan, State Bar No. 1107649
Emmerson Mirus, State Bar No. 1131678
Boardman & Clark LLP
1 S. Pinckney Street
Suite 410
P.O. Box 927
Madison, WI 53701-0927
(608) 283-1750
adoan@boardmanclark.com
emirus@boardmanclark.com
*Attorneys for Defendant Town of Eagle Point*